IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CR-119-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE ARMANDO SILIEZAR-SEVILLA, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the court today for a teleconference with counsel for the parties to discuss the possible need to continue defendant's detention hearing, currently set for Monday, 23 June 2014, as a result of defendant's present medical condition, which apparently requires immediate inpatient treatment and presents a potential health risk to others.[1]  For good cause shown and with the parties' consent, the detention hearing in this case is hereby CONTINUED to a date to be set by the court after defendant's medical condition has been resolved.  Defendant or the parties jointly shall file a motion for the re-scheduling of the detention hearing promptly after defendant determines that his medical condition permits him to proceed with the detention hearing.  Defendant shall remain in custody pending the re-scheduling of his detention hearing.

Any delay that results from this continuance shall be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) on the grounds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

---

[1] A preliminary hearing for defendant, who was initially charged by criminal complaint, had been scheduled for the same date (*see* D.E. 14), but his subsequent indictment (*see* D.E. 15) obviates that hearing.

SO ORDERED, this the 20th day of June 2014.

James E. Gates
United States Magistrate Judge