UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00119-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL MOTION TO |
| ) | CONTINUE ARRAIGNMENT |
| JOSE ARMANDO SILIEZAR-SEVILLA ) | HEARING |
| a/k/a "Jose Armando Sevilla", and ) | |
| "Jose Armano Siliezar Sivilla" ) | |

Upon motion of the United States, for good cause shown, and for the reasons stated in the motion to seal, it is hereby ORDERED that the motion to continue the arraignment hearing in the above-referenced matter be sealed until further order by this Court.

This the **15** day of August, 2014.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE