IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CR-119-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE ARMANDO SILIEZAR-SEVILLA, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the motion (D.E. 27) by the government to seal a motion it filed (D.E. 26) relating to the medical status of defendant as it relates to his ability to appear in court. In light of the medical nature of the document filed, the motion to seal is GRANTED, and the Clerk is DIRECTED to permanently seal the document (D.E. 26).

SO ORDERED, this the 18th day of August 2014.

_____
James E. Gates
United States Magistrate Judge