IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CR-119-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE ARMANDO SILIEZAR-SEVILLA, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the unopposed motion (D.E. 35) by defendant to seal a motion he filed (D.E. 34) requesting that the court set a detention hearing in this matter. In light of the medical nature of the document filed, the motion to seal is GRANTED, and the Clerk is DIRECTED to permanently seal the document (D.E. 34).

SO ORDERED, this the 4th day of September 2014.

James E. Gates
United States Magistrate Judge